IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**CHASE CARMEN HUNTER**                                                                                          **PLAINTIFF**

v.                               Case No. 4:14-cv-00613-KGB

**JAY BRADFORD, individually and
in his official capacity as commissioner
of insurance for Arkansas, et al.**                                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered on this day, this case is dismissed without prejudice.

So adjudged this 27th day of February, 2017.

_____
Kristine G. Baker
United States District Judge